UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RANDY ALLEN PRICE,
SAMMIE VAIL,
SHEENA CHADWELL,
CHAD WILLIAM SINKO, and
JUSTIN SPARE,

Defendants.
_______________________________/

**INDICTMENT**

The Grand Jury charges:

**Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances**

Beginning on a date unknown, but by at least in or about October 2020, and continuing until on or about September 16, 2024, in Ingham County, in the Southern Division of the Western District of Michigan, and elsewhere, the Defendants,

**RANDY ALLEN PRICE,**
**SAMMIE VAIL,**
**SHEENA CHADWELL,**
**CHAD WILLIAM SINKO, and**
**JUSTIN SPARE,**

as well as others known and unknown to the Grand Jury, knowingly and intentionally combined, conspired, confederated, and agreed with each other to distribute and to possess with intent to distribute Schedule III controlled substances, including, but not limited to, the following:

- Boldenone Undecylenate, an anabolic-androgenic steroid (AAS);
- Trenbolone Acetate, an AAS;
- Drostanolone Propionate, an AAS;
- Testosterone Cypionate;
- Testosterone Enanthate;
- Testosterone Undecanoate;
- Nandrolone Decanoate, an AAS; and
- Trenbolone Enanthate, an AAS.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(E)

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

STEPHANIE M. CAROWAN
Assistant United States Attorney