UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

RANDY ALLEN PRICE,
SAMMIE VAIL,
SHEENA CHADWELL,
CHAD WILLIAM SINKO, and
JUSTIN SPARE,

Defendants.
_______________________________/

Case No.: 1:26-cr-00099-HYJ

Hala Y. Jarbou
Chief U.S. District Judge

INDICTMENT
**PENALTY SHEET**

**Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(E)**

**Penalty:** Not more than 10 years in prison and/or a $500,000 fine [21 U.S.C. § 841(b)(1)(E)]

**Supervised Release:** At least 2 years up to life [21 U.S.C. § 841(b)(1)(E)]

**Special Assessment**: $100 [18 U.S.C. § 3013]

Date: September 30, 2026

/s/Stephanie M. Carowan
Stephanie M. Carowan

Submitted in accordance with Admin Order 17-MS-046